UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. |
| vs. | ) |
| | ) |
| | ) |
| MARK A. WINSTON, | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT
### COUNT I

The Grand Jury charges that:

At some time unknown to the Grand Jury but by at least June 2009 and continuing until at least October 2010 in the Eastern District of Missouri, the defendant herein,

**MARK WINSTON,**

while an officer, that is Business Manager of Laborers Local 509, a labor organization, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the money, funds, and other assets of said labor organization in the approximate amount of $11,057.00.

In violation of Title 29, United States Code, Section 501(c).

A TRUE BILL.

RICHARD G. CALLAHAN                                   FOREMAN
United States Attorney

_____                              _____

Dianna R. Collins, #5225403
Assistant United States Attorney

1